UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STANLEY J. MCDONALD,<br><br>            Plaintiff(s),<br>            (Petitioner)<br>V.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>            Defendant(s),<br>            (Respondent) | Case No. C-13-0285-EDL<br><br>ORDER RE APPLICATION<br>   TO PROCEED<br>IN FORMA PAUPERIS |

　　　　( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **GRANTED** and that the Clerk issue summons.
**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.


　　　　( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of **$350.00** be paid no later than **February 12, 2013.** Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.


　　　　( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **DENIED** and that plaintiff is further ordered to make partial payment of the filing fee in the amount of **$_____** by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.


Dated:  January 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_Elijah D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7