1  HARVEY P. SACKETT
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /jgl

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 STANLEY J. MCDONALD,            )  No.: 3:13-CV-00285 EDL
                                   )
13        Plaintiff,               )
                                   )
14 v.                              )  MOTION FOR LEAVE OF COURT
                                   )  TO FILE MEMORANDUM IN EXCESS
15 CAROLYN W. COLVIN,[1]           )  OF TWENTY-FIVE PAGES
   Acting Commissioner,            )
16 Social Security Administration, )  AND ORDER GRANTING.
                                   )
17                                 )
          Defendant.                )
18 _____)

19
20       TO THE DEFENDANT AND HIS ATTORNEY:

21       PLEASE TAKE NOTICE that Plaintiff moves this court for leave to file his Memorandum

22 in Support of Plaintiff's Motion for Summary Judgment. The length of this Memorandum, which
                                    7-2(b)
23 exceeds that permitted by Rule ~~220-4~~ of the Local Rules of the United States District Court for

24

25 _____

26 [1]  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
   Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
27 substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken
   to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.
28 § 405(g).

                                            1

1  the Northern District of California, is necessitated by the lengthy administrative and judicial
2  history of this case, and the concomitant complex number of issues which need to be addressed.

Dated: August 5, 2013

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
STANLEY J. MCDONALD

IT IS SO ORDERED.

Dated: Aug 6, 2013

_____
HON. ELIZABETH D. LAPORTE
United States Chief Magistrate Judge